**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------

**UNITED STATES OF AMERICA**

                Plaintiff,                          **Cr. No.: 12CR844(RWS)**
      against

**PABLO VENTURA-NIEVES**

                Defendants.

-------------------------------------------------------------------------

TO:    CLERK,
        UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
        500 PEARL STREET
        NEW YORK, NEW YORK 10007

SIR:

YOU ARE HEREBY NOTIFIED THAT I HEREBY ENTER MY APPEARANCE AS

COUNSEL FOR PABLO VENTURA-NIEVES, THE DEFENDANT IN THE ABOVE-ENTITLED

MATTER.

                DATE:        January 22, 2013

                NAME:      **LINDA GEORGE**

                SIGNATURE: S/LINDA GEORGE

                ADDRESS:   577 Summit Avenue

                                  Hackensack, New Jersey 07601

                TELEPHONE: 201-487-5225 / fax 201-487-8807

## CERTIFICATION OF SERVICE

I, Linda George, hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Hon. Robert W. Sweet
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

AUSA Jessica Rose Lonergan
U.S. Attorney's Office,
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(Email): SANTOSH.ARAVIND@USDOJ.GOV

Pablo Ventura Nieves
Inmate No. 41286-069
MDC Guaynabo
P.O. Box 2005
Catano, Puerto Rico 00963

Dated: 1-23-13                                      S/LINDA GEORGE