

**Linda George**
Attorney at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/13

577 Summit Avenue
Hackensack, New Jersey 07601
Tel: 201-487-5225
Fax: 201-487-8807
email: lgdefense@yahoo.com

January 28, 2013

**VIA FACSIMILE 212-805-7925**
Hon. Robert W. Sweet
United States District Court Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007



RECD JAN 2 8 2013 JUDGE SWEET CHAMBERS

**Attn: Tsz Chan, Courtroom Deputy**

                Re:    U.S. v. Pablo Ventura-Nieves
                         Cr. No.: 12CR844(RWS)

Dear Judge Sweet:

       On January 8, 2013, while the defendant was detained in the District of Puerto Rico, the government filed a motion to revoke the Order of Release entered by the Honorable Bruce J. Mc Giverin, U.S.M.J. On January 14, 2013 your Honor entered an order scheduling a hearing date of January 30, 2013, at 12:00 p.m.

       Due to the transportation of the defendant from the District of Puerto Rico to the Southern District of New York, I was only recently able to meet with him. I am presently in the process of obtaining documents from the District of Puerto Rico which are relevant to the bail issue. Accordingly, I would like to respond to the government's motion and need additional time to do so.

       I therefore respectfully request that the court carry this matter until the week of February 11, 2013, at a date and time convenient to the court, so that I may file and serve defendant's response in accordance with Local Civil Rule 6.1.

       I have discussed this matter with AUSA Jessica R. Lonergan and she has no objection to the extension requested.

                                     Respectfully,

                                      LINDA GEORGE

LG:ms
cc:   AUSA Jessica Rose Lonergan, via e-mail
       Edwin Prado-Galarza, Attorney at Law, Co-counsel, via e-mail
       Pablo Ventura-Nieves, via regular mail

*[Handwritten annotation:] To be heard 10AM 2/11 So ordered [signature] USDJ 1.28.13*