USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
      UNITED STATES OF AMERICA,

              – against–

      PABLO VENTURA-NIEVES,

                           Defendant.
-----------------------------------------------------------X

1:12-cr-844-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Counsel for Pablo Ventura-Nieves has submitted two motions requesting that the Court issue an order to release what he describes as liens securing the bond entered for Mr. Ventura-Nieves. Dkt. Nos. 483 and 485. A direct motion to the presiding judge is not the correct method to request the release of such a bond. As a result, the pending motions are dismissed without prejudice to renewal.

    The defendant is directed to contact the Office of the United States Attorney for the Southern District of New York. That office can work with counsel for the defendant to prepare the necessary documentation for presentation to a judicial officer for the release of any bond.

    The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 483 and 485.

    SO ORDERED.

Dated: July 6, 2022
New York, New York

                                               _____
                                               GREGORY H. WOODS
                                           United States District Judge